| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**   **GG/MG, INC.**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   **DBA  LANDFILL EQUIPMENT SALES, SERVICE & PARTS**

3. **Debtor's federal Employer Identification Number** (EIN)
   **20-1044702**

4. **Debtor's address**

   **Principal place of business**

   **1535 MCNUTT STREET
   HERCULANEUM, MO 63048**
   Number, Street, City, State & ZIP Code

   **Jefferson**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   **http://www.landfill-equip.com/**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **GG/MG, INC.**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor   **GG/MG, INC.**                                       Case number (*if known*)
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **GG/MG, INC.**  Case number (*if known*)
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 12, 2020**
MM / DD / YYYY

**X /s/ DANIELLE EMERT**                                  **DANIELLE EMERT**
Signature of authorized representative of debtor          Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

**X /s/ Robert A. Breidenbach ARN**                       Date  **May 12, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert A. Breidenbach ARN 41577MO & MBE 41557**
Printed name

**Goldstein & Pressman, P.C.**
Firm name

**7777 Bonhomme Ave., Suite 1910**
**Saint Louis, MO 63105**
Number, Street, City, State & ZIP Code

Contact phone  **314-727-1717**    Email address  **rab@goldsteinpressman.com**

**ARN 41577MO & MBE 41557 MO**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **GG/MG, INC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 12, 2020**         X **/s/ DANIELLE EMERT**
                                      Signature of individual signing on behalf of debtor

                                      **DANIELLE EMERT**
                                      Printed name

                                      **PRESIDENT**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **GG/MG, INC.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim   If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amern Missouri** P.O. BOX 790098 St. Louis, MO 63179-0098 | | utility services | | | | $5,286.48 |
| **Berry, Silberberg & Strokes LLC** 16150 Main Circle Drive, Ste 120 St. Louis, MO 63017 | | legal services | | | | $31,001.05 |
| **Company Wrench** 4805 Scooby Lane Carroll, OH 43112 | | potential credit balance of customer | | | | $19,893.21 |
| **Cove Run Contracting LLC** P.O. BOX 104 Moatsville, WV 26405 | | freight/shipping services | | | | $22,686.59 |
| **Cummins Mid-South** 7210 Hall Street St. Louis, MO 63147 | | goods and services purchased | | | | $7,000.00 |
| **Danna McKitrick, P.C. 12001-0111** 7701 Forsyth Blvd., Ste 800 St. Louis, MO 63105 | | legal services | | | | $8,279.08 |
| **Danna McKitrick, P.C. 12001-0211** 7701 Forsyth Blvd., Ste 800 St. Louis, MO 63105 | | legal services | | | | $13,802.23 |

| Debtor | **GG/MG, INC.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Department of the Treasury IRS Small Business/Self-Employed Div**<br>**1122 Town & Country Commons**<br>**Chesterfield, MO 63017-8200** | | tax obligations for payroll taxes | | | | **Unknown** |
| **Department of the Treasury IRS Small Business/Self-Employed Div**<br>**1122 Town & Country Commons**<br>**Chesterfield, MO 63017-8200** | | tax obligations for payroll taxes (related to previous entry) | | | | **Unknown** |
| **DTI, Inc.**<br>**5410 Hi Tech Drive**<br>**Braselton, GA 30517** | | parts purcahses | | | | **$7,300.66** |
| **EJE Recycling & Disposal**<br>**802 Recycling Lane**<br>**Greenville, NC 27834** | | potential credit balance of customer | | | | **$18,000.00** |
| **Heartland Heavy Haul, Inc.**<br>**604 Nemaha St.**<br>**Humboldt, NE 68376** | | freight and shipping services | | | | **$10,000.00** |
| **J.Y. Voghel Inc.**<br>**1305 Rue Briere**<br>**Beloeil QC J3H6E9**<br>**CANADA** | | potential credit balance of customer | | | | **$10,000.00** |
| **Keystone Sanitary Landfill, Inc.**<br>**249 Dunham Dr**<br>**Dunmore, PA 18512** | | potential credit balance of customer | | | | **$40,000.00** |
| **Liberty Mutual Insurance**<br>**Blitt & Gaines, P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | | insurance premium obligations | | | | **$14,500.00** |
| **Mary E. Gunter**<br>**3533 Hwy Z**<br>**Hillsboro, MO 63050** | | loans and advances | | | | **$69,194.93** |
| **Midwest Regional Bank**<br>**P.O. BOX 1269**<br>**Festus, MO 63028** | | real and personal property | | $2,056,087.27 | $0.00 | **$2,056,087.27** |

Debtor **GG/MG, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Roberts, Wooten & Zimmer LLC**<br>**P.O. Box 888**<br>**Hillsboro, MO 63050** | | **legal services** | | | | **$5,405.90** |
| **Sims Global Solutions**<br>**6101 Long Prairie Rd. Ste 744-252**<br>**Flower Mount, TX 75028** | | **freight and shipping services** | | | | **$11,506.22** |
| **Werner C Stichling & Associates, Inc.**<br>**615 Collins Drive**<br>**Festus, MO 63028** | | **accounting services** | | | | **$6,155.25** |

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **GG/MG, INC.**  
                             Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of **4** page(s) and is true, correct and complete.

/s/ DANIELLE EMERT  
**DANIELLE EMERT**/**PRESIDENT**  
Signer/Title

Dated: **May 12, 2020**

```
Action Hydraulic Inc
8420 Vulcan St
St. Louis, MO 63111

Amern Missouri
P.O. BOX 790098
St. Louis, MO 63179-0098

Angela Mueller
2309 Fountain Dr.
Barnhart, MO 63012

AT&T
P.O. BOX 5001
Carol Stream, IL 60197

AT&T
P.O. BOX 5014
Carol Stream, IL 60197

AT&T
P.O. BOX 536216
Atlanta, GA 30353

Berry, Silberberg & Strokes LLC
16150 Main Circle Drive, Ste 120
St. Louis, MO 63017

Beth Mahn, Dept of the County Collector
P. O. Box 100
729 Maple Street
Hillsboro, MO 63050

BJ Hydraulics Inc.
6590 South M-43 Highway
Delton, MI 49046

Brewer Machine & Gear Co.
2820 Clark Avenue
St. Louis, MO 63103

Cintas Uniforms
P.O. BOX 88005
Chicago, IL 60680

City of Herculaeum Water Department
1 Pakwood Court
Herculaneum, MO 63048

Company Wrench
4805 Scooby Lane
Carroll, OH 43112
```

```
Cove Run Contracting LLC
P.O. BOX 104
Moatsville, WV 26405

Cummins Mid-South
7210 Hall Street
St. Louis, MO 63147

Danielle Emert
754 W Kirkham
Glendale, MO 63122

Danna McKitrick, P.C. 12001-0111
7701 Forsyth Blvd., Ste 800
St. Louis, MO 63105

Danna McKitrick, P.C. 12001-0211
7701 Forsyth Blvd., Ste 800
St. Louis, MO 63105

Department of the Treasury IRS
Small Business/Self-Employed Div
1122 Town & Country Commons
Chesterfield, MO 63017-8200

DTI, Inc.
5410 Hi Tech Drive
Braselton, GA 30517

Dunn's Trucking Company
P.O. Box 756
Granite City, IL 62040

EJE Recycling & Disposal
802 Recycling Lane
Greenville, NC 27834

Element 74 LLC
113 S Silver Springs Rd, Ste 12
Cape Girardeau, MO 63703

Excel Temporary Services
PO Box 13188
Milwaukee, WI 53213-0188

Fabick Cat
101 Fabick Dr.
Fenton, MO 63026

General Truck Parts
4040 West 40th Street
Chicago, IL 60632
```

```
Gray
1801 Halstead Rd
Tallahassee, FL 32309

Grindell Delivery
P.O. BOX 1135
Arnold, MO 63010

Heartland Heavy Haul, Inc.
604 Nemaha St.
Humboldt, NE 68376

J.Y. Voghel Inc.
1305 Rue Briere
Beloeil QC J3H6E9   CANADA

James River Equipment -Wilkesboro
288 West Gate Drive
Wilkesboro, NC 28697

Kalb Corporation
110 West Depot Street
Oneida, IL 61467

KB Industrial Sales
106 Main Street
Pevely, MO 63070

Keystone Sanitary Landfill, Inc.
249 Dunham Dr
Dunmore, PA 18512

Liberty Mutual Insurance
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Mary E. Gunter
3533 Hwy Z
Hillsboro, MO 63050

Matthew Gunter
10240 Mapaville Hematite Rd.
Festus, MO 63028

Metro Express Logistics Inc.
825 F St. Suite 600
W. Sacramento, CA 95605

Mid-America Fire
P.O. BOX 511763
St. Louis, MO 63151
```

```
Midwest Regional Bank
P.O. BOX 1269
Festus, MO 63028

Quality Hydrostatics Incorporated
11 West Industrial Drive
O'Fallon, MO 63366

Roberts, Wooten & Zimmer LLC
P.O. Box 888
Hillsboro, MO 63050

Rod's Service Inc.
1413 Pennsylvania Avenue
St. Louis, MO 63133

S.S. Radiator & Welding
11 No. Service Rd
St. Peters, MO 63376

Sims Global Solutions
6101 Long Prairie Rd. Ste 744-252
Flower Mount, TX 75028

Spire Gas
Drawer 2
St. Louis, MO 63171

Steelhead Finance
/PAC RIM Transportation
3518 Heathrow Way
Medford, OR 97504

Taylor Transport
1708 Hwy 113 SW
Cartersville, GA 30120

The Hunt Law Firm P.C.
16100 Chesterfield Pkwy West
Ste. 260
Chesterfield, MO 63017

The Philipp Law Firm
12741 St. Charles Rock Road
Bridgeton, MO 63044

Werner C Stichling & Associates, Inc.
615 Collins Drive
Festus, MO 63028
```

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **GG/MG, INC.**                                                                                       Case No.
                                              Debtor(s)                                       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GG/MG, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 12, 2020** | **/s/ Robert A. Breidenbach ARN** |
| Date | **Robert A. Breidenbach ARN 41577MO & MBE 41557** |
| | Signature of Attorney or Litigant |
| | Counsel for **GG/MG, INC.** |
| | **Goldstein & Pressman, P.C.** |
| | **7777 Bonhomme Ave., Suite 1910** |
| | **Saint Louis, MO 63105** |
| | **314-727-1717 Fax:314-727-1447** |
| | **rab@goldsteinpressman.com** |